**Joseph D. TRICE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 44428, 46155.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 30, 1984.

Lee Thomas Lawless, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Movant appeals from the denial of his Rule 27.26 motion without an evidentiary hearing. The order of the trial court is affirmed. Rule 84.16(b).